███████████

**From:**   Joshua M. Smith, Esq. <JMS@sspfirm.com>
**Sent:**   Wednesday, December 14, 2022 6:01 PM
**To:**   Hallie Borellis
**Cc:**   ██████████████
**Subject:**   RE: Newman v. Paulson

Hi Hallie,

████████████████████████████████████████████████

The Newmans do plan to attend the trial for its duration, and we will accept service of subpoenas.

Joshua M. Smith, Esq.
Stagnaro, Saba & Patterson, Co.,
L.P.A.
2623 Erie Ave
Cincinnati, Ohio
45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
http://www.sspfirm.com

 

This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Hallie Borellis <hborellis@fp-legal.com>
**Sent:** Wednesday, December 14, 2022 4:54 PM
**To:** Joshua M. Smith, Esq. <JMS@sspfirm.com>
**Cc:** ████████████████████████
**Subject:** Newman v. Paulson

Josh,

███████████████████████████████████████████████████

Also, would you please let me know whether both Mr. and Mrs. Newman plan to attend the trial for its duration?  Will you accept service of subpoenas directed to each of them?

Hallie

Hallie S. Borellis, Esq.

1

EXHIBIT A

Flagel & Papakirk LLC
50 E-Business Way, Suite 410
Cincinnati, OH  45241
Direct:  (513) 287-8959
Main:  (513) 984-8111
Fax:  (513) 984-8118
hborellis@fp-legal.com
www.fp-legal.com

**CONFIDENTIALITY NOTICE: This email is intended only for the use of the recipient(s) named above and may be subject to the attorney-client and/or work product privileges, neither of which is waived by this transmission. If you received this email in error, please immediately notify the sender by reply email or telephone, 513-984-8111, and destroy this communication. Thank you.**